UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KRISTA LEWELLYN
o/b/o J.L.,

    Plaintiff,

v.                                            Case No.  8:07-cv-1712-T-24MSS

SARASOTA COUNTY SCHOOL BOARD,

    Defendant,
_____/

## **ORDER**

This cause comes before the Court on a Motion to Dismiss Plaintiffs' Second Amended Complaint filed by Defendant School Board of Sarasota County, Florida ("School Board"). (Doc. No. 23.)  Krista Lewellyn is proceeding pro se on behalf of her minor child, J.L. who is the plaintiff in this case, and has filed a memorandum in opposition to the motion.  (Doc. No. 27.) Lewellyn, on behalf of J.L., is challenging a final order of dismissal of her petition for a due process hearing under § 1415(i)(2)(A) of the Individuals with Disabilities Education Act ("IDEA").

The School Board has moved to dismiss the Second Amended Complaint on various grounds, one of which is that Lewellyn may not proceed pro se on behalf of her child.  The School Board relies on *Devine v. Indian River County School Board*, 121 F.3d 576 (11th Cir. 1997), an IDEA case in which the Eleventh Circuit ruled that "parents who are not attorneys may not bring a pro se action on their child's behalf–because it helps to ensure that children rightfully entitled to legal relief are not deprived of their day in court by unskilled, if caring, parents." *See also, L.J. v. Broward County Sch. Bd.*, No. 06-61282, 2007 WL 1695333, at *2 (S.D. Fla. June 8,

2007) (in an IDEA case, following *Devine* and dismissing without prejudice the child's claims brought by parent). In response, Lewellyn requests that the Court grant her 90 days within which to obtain counsel to represent her child's interests.

Accordingly, because Lewellyn may not proceed pro se on behalf of J.L.'s IDEA claims, Defendants' Motion to Dismiss is **GRANTED**. The Second Amended Complaint is dismissed without prejudice. Lewellyn shall have 90 days, or until Friday, July 24, 2008, to obtain counsel to represent J.L's interests in this case. On or before that date, the counsel must file a notice of appearance and file a third and final amended complaint. No further extensions of time shall be granted. If Lewellyn fails to comply with this order, the Court will close this case without further notice.

**DONE AND ORDERED** at Tampa, Florida, this 28th day of April, 2008.

Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record